# EXHIBIT B



Brandon White

**(no subject)**
2 messages

---

**Brandon White**                                Mon, Dec 4, 2023 at 7:13 PM
To: "Donna E. Shalala and Renée T. White"                 , "Office of the President, Donna E. Shalala"

Dear all,

I hope this message finds you well. I am writing to bring to your attention a profoundly concerning incident at the main entrance of the building located 63 fifth ave to across the street at 66 West 12th Street.

At approximately 2:00 PM, I encountered an unexpected and distressing situation as I attempted to enter the building to attend my scheduled class. A group of individuals had blockaded the main entrance, preventing access to the building. To attend my class, I attempted to open the door, but I was met with resistance and was forcefully shoved out of the building. This altercation was not only physically intimidating but also included the individuals recording me, following me across the street, and verbally threatening me, stating that I would be "found" and "I will have you arrested."

I understand and respect the right to peaceful protest, but the nature of this encounter raises significant concerns regarding student safety and access to educational facilities. The inability to enter a building for a scheduled class, especially during finals week, impedes my academic pursuits, for which I have invested significant time and finances.

Furthermore, this incident has left me feeling unsafe on campus. The thought of what could have happened if there were a severe emergency and nobody could enter or exit the building is deeply troubling. The administration must ensure such a situation never occurs again.

I am open to discussing this matter further and providing any additional information needed. Your attention to this matter is greatly appreciated, and I look forward to a resolution that prioritizes the safety and well-being of The New School's community.

Thank you for your time and consideration.

Sincerely,
Brandon White

---

**Office of the President, Donna E. Shalala**                  Tue, Dec 5, 2023 at 10:59 AM

To: Brandon White <​>
Cc: "Donna E. Shalala and Renée T. White"

Dear Brandon,
Thank you for reaching out to our office. I am so sorry you had this distressing experience. Given the specifics you mentioned, I have forwarded your note to Student Conduct and Community Standards for their review. I encourage you also to consider options and resources for reporting and additional support that I've included below.

There have been many conversations with campus leaders, students, faculty, and staff following yesterday's protest. In this campus-wide message, we have taken the opportunity to remind everyone of the policies, guidelines, and expectations for student demonstrations. Policies and guidelines are posted on our Free Speech and Campus Safety page. The university will be attentive to other demonstration activities to ensure safe access to all campus spaces for all students, faculty, or staff members attending their classes and completing their work.

*Any accounts of direct threatening or harassing behavior will be forwarded to Student Conduct and Community Standards for review.*
*Anyone who believes they have experienced bias, discrimination, or harassment on our campus is urged to report it.*
*Students who need extra support can contact Student Support and Advocacy at*
*Faculty or staff members can seek additional support through the Employee Assistance Program.*
*Campus Safety is available 24/7 to respond to emergencies; the phone number is 212.229.7001.*

With best regards,
Deborah Bogosian

THE NEW SCHOOL
OFFICE OF THE PRESIDENT

66 W 12TH STREET

T

https://www.newschool.edu/about/university-leadership/president/



[Quoted text hidden]



Brandon White

## Urgent Concern Regarding Safety and Accessibility on Campus
5 messages

**Brandon White**     Mon, Dec 4, 2023 at 6:16 PM
To: Thomas Iliceto, Yvonne Watson, Kate Eichhorn, Wen Yu Wang

Dear all,

I hope this message finds you well. I am writing to bring to your attention a profoundly concerning incident at the main entrance of the building located at 66 West 12th Street.

At approximately 2:00 PM, I encountered an unexpected and distressing situation as I attempted to enter the building to attend my scheduled class. A group of individuals had blockaded the main entrance, preventing access to the building. To attend my class, I attempted to open the door, but I was met with resistance and was forcefully shoved out of the building. This altercation was not only physically intimidating but also included the individuals recording me, following me across the street, and verbally threatening me, stating that I would be "found" and "I will have you arrested."

I understand and respect the right to peaceful protest, but the nature of this encounter raises significant concerns regarding student safety and access to educational facilities. The inability to enter a building for a scheduled class, especially during finals week, impedes my academic pursuits, for which I have invested significant time and finances.

Furthermore, this incident has left me feeling unsafe on campus. The thought of what could have happened if there were a severe emergency and nobody could enter or exit the building is deeply troubling. The administration must ensure such a situation never occurs again.

I am open to discussing this matter further and providing any additional information needed. Your attention to this matter is greatly appreciated, and I look forward to a resolution that prioritizes the safety and well-being of The New School's community.

Thank you for your time and consideration.

Sincerely,
Brandon White

**Kate Eichhorn**     Mon, Dec 4, 2023 at 8:22 PM

To: Brandon White
Cc: Thomas Iliceto, Yvonne Watson, Wen Yu Wang

Brandon

I regret that you experienced this on your way to class today, and you're not the only student who was impacted. Please reach out if you wish to discuss this experience. No student should ever feel intimated attempting to enter a building to attend a scheduled class.

Best,
Kate

[Quoted text hidden]

---

**Wen Yu (Winnie) Wang**   Tue, Dec 5, 2023 at 10:05 AM
To: Brandon White
Cc: Thomas Iliceto, Yvonne Watson, Kate Eichhorn

Hi Brandon,

I am so sorry to hear that you had to go through such a distressing experience on your way to class. Please know that we take your concerns about safety and accessibility on campus very seriously. If you would like to discuss this further, please feel free to book an advising meeting.

Thanks,
Winnie

[Quoted text hidden]

--

Wen Yu (Winnie) Wang
Manager of Academic Advising
PARSONS SCHOOL OF DESIGN
THE NEW SCHOOL

Schedule an appointment via Starfish
Registration Opens: October 23rd, 2023
Last Day to Withdraw from Classes: November 19th, 2023
Last Day of Classes: December 17th, 2023
Student Resource Map
Photo Registration Tool Kit
BBA Registration Tool Kit

---

**Brandon White**   Tue, Dec 5, 2023 at 2:04 PM
To: "Wen Yu (Winnie) Wang"
Cc: Thomas Iliceto, Yvonne Watson, Kate Eichhorn

Dear all,

Thank you for your prompt response to my recent email. I appreciate the recognition of the situation's impact on myself and fellow students, which is indeed reassuring.

While I understand the complexities involved in managing such situations, I feel compelled to express my concern regarding the school's current handling of these incidents. The issuance of a school-wide email, while informative, does not appear to address the underlying issues with the seriousness they deserve. Respect for each individual's right to express their beliefs is

fundamental, but this should not extend to actions that impede access to educational facilities.

This issue is especially urgent for me, not just due to the physical confrontation I experienced at the building, but also because I am in the midst of preparing for a pivotal professional engagement – an exhibition at Art Basel in collaboration with a renowned family. The effort to juggle this alongside my academic obligations has been extraordinarily challenging. This semester has seen me diligently balancing a demanding in-class schedule with significant external commitments. The process of obtaining permission for class absences to facilitate this crucial career opportunity.

Contrasting this with the ease with which classes were canceled due to the actions of students obstructing access to the building, which is a clear violation of the school's code of conduct, raises serious questions. It seems to suggest a discrepancy in how the school weighs the importance of adhering to academic responsibilities against the consequences of student misconduct. This disparity is particularly glaring in light of the message it sends about the school's priorities and its stance on student conduct and professional growth.

Thank you

Brandon White

[Quoted text hidden]

---

**Yvonne Watson**  
To: Brandon White                                        , Student Conduct and Community Standards  
Cc: "Wen Yu (Winnie) Wang"                              , Thomas Iliceto                        Kate Eichhorn

Tue, Dec 5, 2023 at 2:55 PM

Dear Brandon

Many thanks for your email. I am very sorry that you had this experience on our campus as this is not at all what we are committed to. I want to assure you that we are taking your concerns very seriously, and thank you for sharing the details of your experience with us, as well as the information regarding the incredible collaboration you are undertaking at Art Basel. We do not condone acts of incivility amongst our student body and we will be looking into this further.

best regards  
Dean Watson

[Quoted text hidden]

\--

**YVONNE WATSON (she/her)**  
**INTERIM EXECUTIVE DEAN**  
**PARSONS SCHOOL OF DESIGN**

66 5TH AVE NEW YORK, NY 10011

