# EXHIBIT V



Student Conduct and Community Standards
72 Fifth Avenue, 3rd floor New York, NY 10011

Website: newschool.edu/student-conduct

**CASE NUMBER:** 202310769
**NAME:** Brandon Michael White
**NID:** N00673580
**E-MAIL:**

**May 1, 2024**

Dear Brandon:

Student Equity, Accessibility, and Title IX referred your case to Student Conduct & Community Standards for adjudication. It was reported that you and ▇▇▇▇▇▇▇ allegedly engaged in a physical altercation on December 4, 2023. This was followed by allegations of slurs based on sexual orientation and ethnicity.

Our process is intended to be educational and restorative in nature. This approach allows us to resolve some conflict through dialogue. This letter is to inform you that due to the incident that occurred on December 4, 2023, we believe that an educational conversation addresses the incidents that took place. It has been determined that the student conduct process regarding this matter will end with this restorative and educational outcome. Which we satisfied with our conversations and this letter.

During our meeting on April 9th and April 18, 2024, ▇▇▇▇▇▇▇ discussed your original complaint, and concerns with your behavior. In the future, I recommend that you address conflict differently and seek out assistance from campus security if necessary. When you have conflict with another individual you should always keep a safe distance and have respectful dialogue.

These types of incidents can escalate to situations that can cause harm to others and yourself. If you violate the student code of conduct in the future, you will be put through the appropriate process by the Office of Student Conduct and Community Standards.

As an institution of higher learning, The New School affirms certain basic principles and values, including respect for law and adherence to fair rules and regulations. We expect members of our community to uphold and abide by the basic principles and standards of behavior that underlie our educational purpose. It is my sincere hope that you utilize this experience as a learning opportunity and take advantage of the educational opportunities being offered to you.

Sincerely,

**Kamla Holland**
**Director of Student Conduct and Community Standards**

*Kamla L Holland*