UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRANDON WHITE,

                 Plaintiff,

v.

THE NEW SCHOOL,

                 Defendant.

Case No: 1:25-cv-02910-ALC

Hon. Andrew L. Carter, Jr.

---

## NOTICE OF DEFENDANT THE NEW SCHOOL'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendant The New School's ("TNS") Motion to Dismiss, TNS moves this Court, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York 10007, at a time and date to be set by the Court, for an order dismissing with prejudice the Complaint in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(6) and 8, and granting TNS such other relief as the Court deems just and proper.

Dated: July 18, 2025

By: _____

Michael E. Baughman
TROUTMAN PEPPER LOCKE LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103
Telephone: (215) 981-4964
Email: michael.baughman@troutman.com

*Counsel for Defendant The New School*