UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON WHITE,<br><br>               Plaintiff,<br><br>v.<br><br>THE NEW SCHOOL,<br><br>               Defendant. | Case No: 1:25-cv-02910-ALC<br><br>Hon. Andrew L. Carter, Jr.<br><br>**ORDER** |

    The Court is in receipt of the Parties' correspondence in connection with Plaintiff's motion to amend the complaint (ECF Nos. 22, 23). Having considered the Parties' arguments, the Court **GRANTS** Plaintiff leave to amend the Complaint. The Court **ORDERS** Plaintiff to file his Amended Complaint on September 26, 2025. Defendant will be permitted to file a renewed request for leave to file a motion to dismiss the Amended Complaint if they so wish.

    The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 22, which is disposed of in this order, as well as the pending motion at ECF No. 18, which is rendered moot by the filing of an Amended Complaint.

**SO ORDERED.**

Dated: September 5, 2025
       New York, New York

                                                    ANDREW L. CARTER, JR.
                                                   United States District Judge