UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRANDON WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>THE NEW SCHOOL,<br><br>    Defendant. | Case No: 1:25-cv-02910-ALC<br><br>Hon. Andrew L. Carter, Jr.<br><br>**ORDER** |

  The Court is in receipt of the Parties' joint proposal in connection with the briefing schedule for Defendant's anticipated motion to dismiss the First Amended Complaint (ECF No. 26). The Court hereby **GRANTS** the Parties' request and sets the briefing schedule as follows:

- Opening briefs due on October 10, 2025;
- Opposition briefs due on November 7, 2025; and
- Reply briefs due on November 21, 2025

  The Clerk of the Court is respectfully directed to terminate the letter motion at ECF No. 26.

**SO ORDERED.**

Dated: September 19, 2025
   New York, New York

                */s/ Andrew L. Carter, Jr.*
                _____
                ANDREW L. CARTER, JR.
                United States District Judge