**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| **WHITE,** | : | |
| **Plaintiff,** | : | **1:25-CV-2910-ALC** |
| **-against-** | : | |
| **THE NEW SCHOOL** | : | **ORDER** |
| **Defendants.** | : | |

------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties are ORDERED to file a joint status report by September 4, 2026.

**SO ORDERED.**

**Dated**: September 1, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**