**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **WHITE,** <br> **Plaintiff,** <br> **-against-** <br> **THE NEW SCHOOL** <br> **Defendants.** | **1:25-CV-2910-ALC** <br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In order to render the Court's July 14, 2026 Opinion and Order final for purposes of appeal, Plaintiff is ORDERED to file a disclaimer of any intent to amend his complaint by September 4, 2026. *See Slayton v. Am. Express Co.*, 460 F.3d 215, 224 (2d Cir. 2006).

**SO ORDERED.**

**Dated**: September 3, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**