**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

BRANDON WHITE,

Plaintiff,

v.

THE NEW SCHOOL,

Defendant.

1:25-cv-2910 (ALC)

**PLAINTIFF'S NOTICE OF DISCLAIMER OF INTENT TO AMEND HIS COMPLAINT**

Plaintiff Brandon White, by and through undersigned counsel, respectfully submits this disclaimer pursuant to the Court's September 3, 2026 Order. ECF No. 38.

Plaintiff hereby expressly **disclaims any intent to amend his complaint**. Plaintiff elects to stand on his First Amended Complaint (ECF No. 25) and intends to appeal the Court's July 14, 2026 Opinion and Order granting Defendant's motion to dismiss (ECF No. 33).

Plaintiff respectfully requests that the Court enter final judgment accordingly.

Dated: September 4, 2026

Respectfully submitted,

/s/ Jacob William Roth
Jacob William Roth
Admitted Pro Hac Vice
CONTARINO ROTH LLC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
561 872 6508
jroth@contarinoroth.com

*Attorneys for Plaintiff*