**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

**BRANDON WHITE,**

**Plaintiff,**

**-against-**

**THE NEW SCHOOL,**

**Defendants.**

---------------------------------------------------------x

**1:25-cv-2910 (ALC)**

**ORDER TERMINATING CASE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Opinion and Order dated July 14, 2026, granted Defendants' Motion to Dismiss (ECF No. 33). Based upon that Order, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** October 21, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**